**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TRANSAMERICA LIFE INSURANCE COMPANY | * * * | |
| Plaintiff | * * | |
| V. | * * | NO: 4:11CV00020 SWW |
| IMG MARKETING, INC., d/b/a IMG MARKETING and IMG Total Solutions; and JERRY EDWARD RILEY | * * | |

## ORDER AMENDING TRO ENTERED JANUARY 21, 2011

The temporary restraining order entered January 21, 2011 (docket entry #7) directs Plaintiff to serve a file-marked copy of the restraining order upon "the registered agent of IMG . . . ." Docket entry #7, ¶ 15.  The temporary restraining order is amended, *nunc pro tunc*, to require service upon Defendant IMG Marketing, Inc. by any means permitted under Rule 4 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED THIS 2ND DAY OF FEBRUARY, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE